IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CV-504-FL

TIMOTHY and SHARON WIWEL, and E.W., *a* )
*minor by and through her parents Timothy and* )
*Sharon Wiwel*, )
)
        Plaintiffs, )
)
v. )
)
IBM MEDICAL AND DENTAL BENEFIT )
PLANS FOR REGULAR FULL-TIME AND )
PART-TIME EMPLOYEES, )
)
        Defendant. )

## **ORDER**

This matter is before the Court on the Defendant's Motion to Seal. The Court having considered Defendant's Motion and for good cause shown, hereby ALLOWS Defendant's Motion to Seal and ORDERS that Defendant's Brief In Support of Motion for Judgment on the Settled Administrative Record and Plan Document (D.E. # 41) and Defendant's L. Cv. R. 56.1 Statement of Material Facts (D.E. # 40) be sealed.

This the __1st__ day of _____June_____, 2016.

_____
United States District Judge