IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CV-504-FL

| | |
|---|---|
| TIMOTHY and SHARON WIWEL, and E.W., *a minor by and through her parents Timothy and Sharon Wiwel*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| IBM MEDICAL AND DENTAL BENEFIT PLANS FOR REGULAR FULL-TIME AND PART-TIME EMPLOYEES, | ) ) ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the parties' Joint Motion to Seal. The Court having considered the parties' Joint Motion and for good cause shown, hereby ALLOWS the parties' Joint Motion to Seal and ORDERS that the Settled Administrative Record and Plan Document (D.E. ## 31-34) be sealed.

This the <u>1st</u> day of <u>June</u>, 2016.

_____
United States District Judge