IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:15-cv-504-FL

**TIMOTHY and SHARON WIWEL**, and
**E.W.**, *a minor, by and through her parents Timothy and Sharon Wiwel*,

        Plaintiffs,

vs.

**IBM MEDICAL AND DENTAL BENEFIT PLANS FOR REGULAR FULL-TIME AND PART-TIME EMPLOYEES**,

        Defendant.

_____

## ORDER

This matter is before the Court on Plaintiffs' Motion to Seal (ECF Doc. No. 47). The Court having considered Plaintiffs' Motion and for good cause shown in Plaintiffs' motion and supporting memorandum, hereby ALLOWS Plaintiffs' Motion to Seal and ORDERS that Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment (ECF Doc. No. 45) and Plaintiffs' Statement of Material Facts on Motion for Summary Judgment (ECF Doc. No. 46) be sealed.

This the __1ST__ day of _____JUNE_____, 2016.

                                      _____
                                      LOUISE W. FLANAGAN
                                      United States District Judge