IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CV-504-FL

TIMOTHY and SHARON WIWEL, and E.W., *a minor by and through her parents Timothy and Sharon Wiwel*,

        Plaintiffs,

v.

IBM MEDICAL AND DENTAL BENEFIT PLANS FOR REGULAR FULL-TIME AND PART-TIME EMPLOYEES,

        Defendant.

## ORDER

This matter is before the Court on the Defendant's Motion to Seal. The Court having considered Defendant's Motion and for good cause shown, hereby ALLOWS Defendant's Motion to Seal and ORDERS that Defendant's Response to Plaintiffs' Motion for Summary Judgment (D.E. # 53) and Defendant's Response to Plaintiff's L. Cv. R. 56.1 Statement of Material Facts (D.E. # 54) be sealed.

This the __23rd__ day of _____June____, 2016.

_____
United States District Judge