IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:15-cv-504-FL

**TIMOTHY and SHARON WIWEL**, and
**E.W.**, *a minor, by and through her parents*
*Timothy and Sharon Wiwel*,

        Plaintiffs,

vs.

**IBM MEDICAL AND DENTAL BENEFIT**
**PLANS FOR REGULAR FULL-TIME**
**AND PART-TIME EMPLOYEES**,

        Defendant.

## ORDER

This matter is before the Court on Plaintiffs' Motion to Seal (ECF Doc. No. 59). The Court having considered Plaintiffs' Motion and for good cause shown in Plaintiffs' motion and supporting memorandum, hereby ALLOWS Plaintiffs' Motion to Seal and ORDERS that Plaintiffs' Response in Opposition to IBM Medical and Dental Benefit Plans for Regular Full-Time and Part-Time Employees' Sealed Statement of Material Facts (ECF Doc. No. 57) and Plaintiffs' Response Memorandum in Opposition to IBM Medical and Dental Benefit Plans for Regular Full-Time and Part-Time Employees' Motion for Judgment on the Settled Administrative Record and Plan Document (ECF Doc. No. 58) be sealed.

This the __23rd__ day of _____June____, 2016.

                                                        _____
                                                        LOUISE W. FLANAGAN
                                                        United States District Judge