IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:15-cv-504

**TIMOTHY and SHARON WIWEL**, and
**E.W.**, *a minor, by and through her parents Timothy and Sharon Wiwel*,

        Plaintiffs,

vs.

**IBM MEDICAL AND DENTAL BENEFIT PLANS FOR REGULAR FULL-TIME AND PART-TIME EMPLOYEES**,

        Defendant.

_____

**ORDER**

This matter is before the Court on Plaintiffs' Motion to Seal (ECF Doc. No. 64). The Court having considered Plaintiffs' Motion and for good cause shown in Plaintiffs' motion and supporting memorandum, hereby ALLOWS Plaintiffs' Motion to Seal and ORDERS that Plaintiffs' Reply to IBM Medical and Dental Benefit Plans for Regular Full-Time and Part-Time Employees' Sealed Response to Plaintiffs' Motion for Summary Judgment (ECF Doc. No. 63) be sealed.

This the __11th__ day of _____July_____, 2016.

                                      _____
                                      LOUISE W. FLANAGAN
                                      United States District Judge