IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:15-cv-504-FL

**TIMOTHY and SHARON WIWEL**, and
**E.W.**, *a minor, by and through her parents Timothy and Sharon Wiwel*,

        Plaintiffs,

vs.

**IBM MEDICAL AND DENTAL BENEFIT PLANS FOR REGULAR FULL-TIME AND PART-TIME EMPLOYEES**,

        Defendant.

## ORDER

This matter is before the Court on Plaintiffs' Motion to Seal (ECF Doc. No. 83). The Court having considered Plaintiffs' motion and for good cause shown in Plaintiffs' motion and supporting memorandum, hereby ALLOWS Plaintiffs' Motion to Seal and ORDERS that Plaintiffs' Response to IBM Medical and Dental Benefit Plans for Regular Full-Time and Part-Time Employees' Sealed Objections to Magistrate Judge's Memorandum & Recommendations (ECF Doc. No. 82) be sealed.

This the 16th day of March, 2017.

                                       HON. LOUISE W. FLANAGAN
                                       United States District Judge