IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CV-504-FL

| | |
|---|---|
| TIMOTHY and SHARON WIWEL, and E.W., *a minor by and through her parents Timothy and Sharon Wiwel*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| IBM MEDICAL AND DENTAL BENEFIT PLANS FOR REGULAR FULL-TIME AND PART-TIME EMPLOYEES, | ) ) ) ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Defendant's Motion to Seal (D.E. # 76). The Court having considered Defendant's Motion and for good cause shown, hereby ALLOWS Defendant's Motion to Seal and ORDERS that Defendant's Objections to Magistrate Judge's Memorandum & Recommendations (D.E. # 75) be sealed.

This the 16th day of March, 2017.

_____
United States District Judge