IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:15-cv-504

**TIMOTHY and SHARON WIWEL**, and
**E.W.**, *a minor, by and through her parents Timothy and Sharon Wiwel*,

        Plaintiffs,

vs.

**IBM MEDICAL AND DENTAL BENEFIT PLANS FOR REGULAR FULL-TIME AND PART-TIME EMPLOYEES**,

        Defendant.

## ORDER

This matter is before the Court on the parties' Joint Motion to Redact Transcript (ECF Doc. No. 87). The Court having considered the parties' motion and for good cause shown in the motion and supporting memorandum, hereby ALLOWS the Joint Motion to Redact Transcript and ORDERS that the transcript be redacted consistent with the parties' joint submission to the Court (ECF Doc. No. 87-1).

This the __24th__ day of __March__, 2017.

                                            LOUISE W. FLANAGAN
                                            United States District Judge