UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY WIWEL; SHARON WIWEL; and, E.W., a minor by and through her parents Timothy and Sharon Wiwel, | ) ) ) ) | |
| Plaintiffs, | ) ) | **JUDGMENT** |
| v. | ) ) ) | No. 5:15-CV-504-FL |
| IBM MEDICAL AND DENTAL BENEFIT PLANS FOR REGULAR FULL-TIME AND PART-TIME EMPLOYEES, | ) ) ) ) ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiffs' motion for attorney's fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 11, 2017, and for the reasons set forth more specifically therein, that the court awards attorney's fees to plaintiffs in the amount of $80,679.55 and costs of the court in the amount of $1,946.00

**This Judgment Filed and Entered on July 11, 2017, and Copies To:**

Norris A. Adams, II (via CM/ECF Notice of Electronic Filing)
Nathan D. Childs (via CM/ECF Notice of Electronic Filing)
Cavendar C. Kimble (via CM/ECF Notice of Electronic Filing)


July 11, 2017         PETER A. MOORE, JR., CLERK
                      /s/ Susan W. Tripp
                      (By) Susan W. Tripp, Deputy Clerk