UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY WIWEL, SHARON WIWEL, E. W. A minor by and through her parents Timothy and Sharon Wiwel | ) ) ) ) | |
| Plaintiffs, | ) ) | **JUDGMENT** |
| v. | ) ) | No. 5:15-CV-504-FL |
| IBM Medical and Dental Benefit Plans for Regular Full-Time and Part-Time Employees, | ) ) ) ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiffs' statement of benefits due under the plan, prejudgment interest, attorneys' fees and costs.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 18, 2018, and for the reasons set forth more specifically therein, that the court awards benefits due under the plan in amount $66,234.87, prejudgment interest in amount $20,227.48, attorneys' fees in amount $59,983.00, and costs in amount $60.99.

**This Judgment Filed and Entered on June 18, 2018, and Copies To:**

Norris A. Adams, II (via CM/ECF Notice of Electronic Filing)
Nathan D. Childs (via CM/ECF Notice of Electronic Filing)
Cavender C. Kimble (via CM/ECF Notice of Electronic Filing)

June 18, 2018               PETER A. MOORE, JR., CLERK
                              /s/ Sandra K. Collins
                            (By) Sandra K. Collins, Deputy Clerk